BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States



FILED
SEP 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-01350 AWI SKO |
| Plaintiff, | **UNDER SEAL** |
| v. | |
| REAL PROPERTY LOCATED AT 2423 ROBERTS ROAD, TURLOCK, CALIFORNIA, APN 087-010-071, AND ALL APPURTENANCES AND IMPROVEMENTS AND THERETO, Defendant. | *EX PARTE* ORDER TO STAY CIVIL FORFEITURE CASE |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above entitled civil in rem forfeiture action shall be stayed until March 3, 2016, pending the completion of the criminal investigation and criminal case. The United States shall file a status report one week prior, on February 25, 2016, informing the Court whether the continuation of the stay is still necessary.

IT IS HEREBY ORDERED.

Dated this 3rd day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

UNDER SEAL
EX PARTE ORDER TO STAY