BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States





IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2423 ROBERTS ROAD, TURLOCK, CALIFORNIA, APN 087-010-071, AND ALL APPURTENANCES AND IMPROVEMENTS AND THERETO<br><br>Defendant. | CASE NO. 1:15 CV - 0 1 3 5 0 AWI SKO<br><br>**UNDER SEAL**<br><br>*EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE |

The United States having moved to seal the Verified Complaint for Forfeiture In Rem, the concurrently filed Application to Seal and corresponding Proposed Order, and the concurrently filed Motion to Stay and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 3rd day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

UNDER SEAL
EX PARTE ORDER SEALING DOCUMENTS

1