BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2423 ROBERTS ROAD, TURLOCK, CALIFORNIA, APN 087-010-071, AND ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | No.  1:15-CV-01350-DAD-SKO<br><br>**STATUS REPORT; REQUEST AND ORDER TO LIFT STAY AND UNSEAL CASE** |

The United States of America, by and through its undersigned counsel submits the following report:

1.　　This is a civil action *in rem* for forfeiture of Real Property located at 2423 Roberts Road, Turlock, California, APN: 087-010-071, and all appurtenances and improvements thereto ("Defendant Property").  The complaint, filed on September 3, 2015, alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

2.　　On September 3, 2015, due to the ongoing criminal investigation, the United States sought and obtained an order sealing the case and an order to stay the case through February 25, 2016.

///

3. On October 15, 2015, a Grand Jury in the Eastern District of California indicted Erik Harald Moje with violations of 21 U.S.C. §841(a)(1) and (b)(1)(E)(i)- Possession with Intent to Distribute Anabolic Steroids.  The Indictment contains a forfeiture allegation which seeks the forfeiture of the above-captioned Defendant Property. The criminal case of *U.S. v. Erik Harald Moje*, 1:15-CR-00287-DAD is pending.

4. It is the United States belief that moving forward at this time would not adversely affect the prosecution of the related criminal case.  Accordingly, the United States hereby requests that this case be unsealed and the stay be lifted.

Dated:  February 17, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:  **February 18, 2016**

_____
UNITED STATES DISTRICT JUDGE

2