PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2423 ROBERTS ROAD, TURLOCK, CALIFORNIA, APN 087-010-071, AND ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | No.  1:15-CV-01350-DAD-SKO<br><br>STIPULATION  AND ORDER TO STAY CIVIL FORFEITURE PROCEEDINGS |

The United States of America and Potential Claimants Erik Moje and JoAnne Miravete ("Potential Claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action and request the Court enter an order staying proceedings due to the on-going criminal prosecution in *U.S. v. Erik Harald Moje*, Federal Criminal Case number 1:15-CR-00287-DAD-BAM.

1. Potential Claimants have filed Verified Answers in this *in rem* forfeiture action.  ECF Nos. 13 & 14.  The United States granted an extension in time for the Potential Claimants to file their Verified Claims in this action which will not be required until the stay contemplated by this stipulation expires.

1                                                                                                              Stipulation for Stay

2.     The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant real property captioned-above was involved in federal drug law violations in violation of 21 U.S.C. §§ 841 and therefore subject to forfeiture pursuant to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

3.     A stay is warranted because if discovery proceeds at this time in the civil *in rem* case, Potential Claimants would be entitled to depose, among others, the agents and deputies involved with this investigation. Allowing the depositions of the law enforcement officers at this stage of the criminal investigation could adversely affect the ability of the federal authorities to effectively pursue the related criminal prosecution.

4.     Likewise, a stay is warranted because Potential Claimant Erik Moje is a Defendant in the related criminal prosecution, has standing to assert a claim in the civil *in rem* forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of Claimant Erik Moje against self-incrimination in the related criminal prosecution.

5.     The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that the matter be stayed pending the resolution of the related criminal case. The parties agree to promptly notify the Court upon

///
///
///
///
///
///
///

resolution of the pending criminal prosecution.

Dated: May 24 , 2016	PHILLIP A. TALBERT
	Acting United States Attorney

	By:	/s/ Kevin C. Khasigian
		KEVIN C. KHASIGIAN
		Assistant U.S. Attorney


Dated: May 24, 2016	/s/ Kevin G. Little
	KEVIN G. LITTLE
	Attorney for Potential Claimants
	Erik Moje and JoAnne Miravete


## ORDER

For the reasons set forth above, this matter is stayed and all further proceedings shall be taken off calendar pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) pending the resolution of the related criminal case, the parties shall promptly notify the Court upon resolution of the pending criminal prosecution.

IT IS SO ORDERED.

Dated:  **May 25, 2016**	_____
	UNITED STATES DISTRICT JUDGE