McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-01350-DAD-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY; |
| v. | CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 2423 ROBERTS ROAD, TURLOCK, CALIFORNIA, STANISLAUS COUNTY, APN: 087-010-071, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimants PennyMac Loan Services, LLC and Joanne P. Miravete, by and through their respective counsel of record, as follows:

1. The pending action against the real property located at 2423 Roberts Road, Turlock, California, Stanislaus County, APN: 087-010-071, shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of

///

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY; CERTIFICATE OF REASONABLE CAUSE

1

Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: July 24, 2018                    McGREGOR W. SCOTT
                                        United States Attorney

                                 By:    /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


Dated: July 23, 2018                     /s/ Britt M. Roberts
                                        LORENZO E. GASPARETTI
                                        KAREN A. BRAJE
                                        BRITT M. ROBERTS
                                        REED SMITH LLP
                                        Attorneys for Petitioner PennyMac Loan Services LLC
                                        (Original signature retained by attorney)


Dated: June 4, 2018                      /s/ Kevin G. Little
                                        KEVIN G. LITTLE
                                        Attorney for Joanne P. Miravete
                                        (Original signature retained by attorney)


## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 3, 2015, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, finding that there was reasonable cause for the posting of the defendant real property located at 2423 Roberts road, Turlock, California, APN: 087-010-071, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:  **July 27, 2018**                _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH      2
PREJUDICE OF REAL PROPERTY; CERTIFICATE OF
REASONABLE CAUSE